UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Winston White

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

21 mag 4888

Defendant ___Winston White_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Winston White by JCM
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Winston White_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Calvin H. Scholar_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/6/2021
_____
Date

_Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge